DANIEL MALAKAUSKAS
P.O. Box 7006
Stockton, CA 95267
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for PLAINTIFF:
Aurora Cervantes

FILED
APR 03 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AURORA CERVANTES,<br><br>PLAINTIFF,<br><br>v.<br><br>ESPARZA INC., DBA APPLEGATE CHEVRON SERVICE, CHEVRON U.S.A. INC., SAMMARBIR VIRK dba APPLEGATE CHEVRON SERVICE, BSV, INC., dba CHEVRON SERVICE, INC., SAMMARBIR VIRK dba APPLEGATE CHEVRON SERVICE, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 1:14-cv-00155-AWI-GSA<br><br>**NOTICE OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that all causes of actions, and, or, claims **ONLY** against the defendants, ESPARZA, INC., DBA APPELGATE CHEVRON SERVICE, and CHEVRON U.S.A., INC., are hereby dismissed without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1).

NOTICE OF DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

1  Date: April 2nd, 2014.

2
3                                               /s/ Daniel Malakauskas
                                                By: Daniel Malakauskas
                                                Attorney for Plaintiff,
4                                               AURORA CERVANTES

5
6
7                          It is so Ordered. Dated: 4-3-14
8                          _____
9                                    United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

2