DANIEL MALAKAUSKAS
P.O. Box 7006
Stockton, CA 95267
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for PLAINTIFF:
Aurora Cervantes

FILED
AUG 14 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AURORA CERVANTES,<br><br>PLAINTIFF,<br><br>v.<br><br>ESPARZA INC., DBA APPLEGATE CHEVRON SERVICE, CHEVRON U.S.A. INC., SAMMARBIR VIRK dba APPLEGATE CHEVRON SERVICE, BSV, INC., dba CHEVRON SERVICE, INC., SAMMARBIR VIRK dba APPLEGATE CHEVRON SERVICE, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 1:14-cv-00155-AWI-GSA<br><br>NOTICE OF DISMISSAL<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that all causes of actions, and, or, claims against all defendants, are hereby dismissed, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: August 13th, 2014.

It is so Ordered. Dated: 8-14-14

_____
United States District Judge

/s/ Daniel Malakauskas
By: Daniel Malakauskas
Attorney for Plaintiff,
AURORA CERVANTES

NOTICE OF DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1